SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2001

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARMANDO LERIGET, JR. <br><br> Defendant. | CR. NO. CR01 00061 SOM <br><br> INDICTMENT <br><br> 18 U.S.C. § 2241(c) <br> [Aggravated Sexual Abuse of a Minor Under 12] |

INDICTMENT

COUNT 1

The Grand Jury charges:

In or about June, 1992, in the District of Hawaii, in a residence at the Pearl City Peninsula Naval Housing Area, a place within the special maritime and territorial jurisdiction of the United States, ARMANDO LERIGET, JR. did knowingly engage in a sexual act, to wit, contact between the penis and the vulva, with M.G., a person who at that time had not attained the age of 12 years.

In violation of Title 18, United States Code, Section 2241(c).

## COUNT 2

The Grand Jury charges:

In or about June, 1992, in the District of Hawaii, in a residence at the Pearl City Peninsula Naval Housing Area, a place within the special maritime and territorial jurisdiction of the United States, ARMANDO LERIGET, JR. did knowingly engage in a sexual act, to wit, contact between the penis and the vulva, with M.G., a person who at that time had not attained the age of 12 years.

In violation of Title 18, United States Code, Section 2241(c).

DATED: Honolulu, Hawaii, February 22, 2001.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Armando Lerigret, Jr.
"Indictment"
Cr. No. _____

2